ZORA REALTY COMPANY, Appellant, *v.* METROPOLE FOOD CORPORATION, Respondent.

Argued March 8, 1945; decided April 12, 1945.

*Irving L. Kalish* and *Edward E. Reichman* for appellant.
*Jacob J. Alexander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.